

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00461-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION**, As Trustee for the Pooling and
Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006- NC3 Mortgage Pass Through Certificates, Series 2006 NC3,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019-CV-00584
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant has filed a motion asking that we order the trial court clerk to file the complete clerk's record. On July 29, 2019, this court sent the trial court clerk a notice that the clerk's record is overdue and that it must be filed within 30 days of the letter. The trial court clerk's office has responded it will be filing a notice of late record because appellant has requested only certain pages of the record to be filed.

Because appellant's motion is premature, we take no action on the motion at this time. If the trial court clerk does not file a notice of late record or the clerk's record by August 28, 2019, as required by our July 29, 2019 letter, we will order the trial court clerk to file the entire clerk's record.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.



Keith E. Hottle,
Clerk of Court